UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23 CR 578 AGF/JSD |
| | ) | |
| CONNIE BOBO, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on Defendant's Motion to Modify Conditions of Release (ECF No. 25). Defendant Connie Bobo moves, pursuant to 18 U.S.C. §3145(a)(2), to modify conditions 7(w) and 7(z) of the imposed conditions of release. Condition 7(w) prevents Defendant from holding employment with access to personal identifying information. Condition 7(z) requires Defendant to disclose the federal indictment to current customers at Great Beginnings. *See* ECF No. 16. Defendant claims that these conditions make it difficult for her to operate of her business and for Pretrial Services to supervise her. Instead, Defendant suggests that the following conditions shall be imposed:

- Defendant is permitted to continue operating Great Beginnings daycare as long as she does not have access to any third-party personal identifying or financial information (including children's information, prospective or current client's information, and employee's information). Defendant's access and responsibilities regarding third-party personal identifying and financial information will be completely removed and delegated to other employees, and Defendant is required to notify her employees of the nature of the pending criminal case and the restrictions the Court has imposed pertaining to her employment as directed by the Pretrial Services Office.

- Defendant will notify all clients of the nature of this pending criminal case by posting a notice in the Great Beginnings' client-facing mobile device application, on the business'

1

website, and on the front door of the business location or as otherwise directed by Pretrial Services.

Defendant's Pretrial Services Officer, however, recommends that only condition 7(z) be removed. She requests that 7(w) remain in place to properly monitor any changes to Defendant's employment or future business endeavors. The Court agrees.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 25) is **GRANTED**, in part. Condition 7(z) shall be removed. Condition 7(w) shall remain in place to properly monitor any changes to employment or future business endeavors.

**IT IS FURTHER ORDERED** that the following, additional conditions shall be imposed:

- Defendant is permitted to continue operating Great Beginnings daycare as long as she does not have access to any third-party personal identifying or financial information (including children's information, prospective or current client's information, and employee's information). Defendant's access and responsibilities regarding third-party personal identifying and financial information will be completely removed and delegated to other employees, and Defendant is required to notify her employees of the nature of the pending criminal case and the restrictions the Court has imposed pertaining to her employment as directed by the Pretrial Services Office.

- Defendant will notify all clients of the nature of this pending criminal case by posting a notice in the Great Beginnings' client-facing mobile device application, on the business' website, and on the front door of the business location or as otherwise directed by Pretrial Services.

Dated this 15th day of November, 2023.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE