UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:23-cr-00578-AGF-NCC |
| | ) |
| CONNIE BOBO, | ) |
| | ) |
| Defendant. | ) |

### WAIVER OF SPEEDY TRIAL

COMES NOW Defendant, Connie Bobo, and hereby executes this Waiver of Speedy Trial as set out in Title 18 U.S.C. § 3161 et seq.

Defendant further states to the Court that she believes that the ends of justice would best be served by executing said waiver and such waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this waiver as set out above.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, FRY & JOHNSON P.C.,

_____          _____
CONNIE BOBO, Defendant                              MARC JOHNSON, 58065MO
                                                                            Attorney for Defendant
                                                                            120 S. Central Avenue, Suite 130
                                                                            Clayton, Missouri 63105
                                                                            (314) 862-4332/Facsimile (314)862-8050

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2024, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.