IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | 4:23-CR-00578-AGF-1 |
| ) | |
| CONNIE BOBO              ) | |

## SPEEDY TRIAL WAIVER

I hereby certify that on December 17, 2024, I electronically filed the foregoing SPEEDY TRIAL WAIVER with the Clerk of the United States District Court for the Eastern District of Missouri by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:       December 17, 2024

                                                Respectfully submitted,

                                                *s/Serguel M. Akiti*
                                                Serguel M. Akiti, Esq.
                                                D.C. Bar # 1631134
                                                sakiti@lowtherwalker.com

                                                Lowther | Walker LLC
                                                101 Marietta St. NW, Ste. 3650
                                                Atlanta, GA 30303
                                                404.496.4052
                                                www.lowtherwalker.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:23-CR-00578-AGF-1 |
| | ) | |
| CONNIE BOBO | ) | |

## SPEEDY TRIAL WAIVER

Ms. CONNIE BOBO acknowledges that she has the right to a speedy trial and that this right has been guaranteed to her by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161. Ms. Bobo states that she has discussed these rights with her attorney, freely and voluntarily waives her right to a speedy trial and does not object to a continuance of the trial date in this matter.

Ms. Bobo further has no objection to this Court ordering that all delays resulting from a continuance of her trial on January 21, 2025, to the Court's next Jury docket in April 2025 be excluded under the Speedy Trial Act and finding that the ends of justice served by the continuance outweigh the interests of the public and Ms. Bobo in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Date: 12/23/24

*(signature)*

Connie Bobo
Defendant

Date:       December 17, 2024

Respectfully submitted,

*s/Serguel M. Akiti*
Serguel M. Akiti, Esq.
D.C. Bar # 1631134
sakiti@lowtherwalker.com

*s/Murdoch Walker, II*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com

Attorneys for Defendant
Connie Bobo