UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-00578-AGF ) |
| CONNIE BOBO, | ) ) |
| Defendant. | ) ) ) |

## ORDER

**IT IS HEREBY ORDERED** that the Jury Trial in this matter is continued to **Monday, September 22, 2025 at 9:00 a.m.** This is a **three week** docket. I find, pursuant to 18 U.S.C. § 3161(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, for the reasons stated by the defendant at the hearing on April 15, 2025, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsels' exercise of due diligence.

Dated this 18th day of April, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE