UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>        Plaintiff,                              )<br>                                                           )<br>v.                                                      )     No. 4:23-cr-00578-AGF<br>                                                           )<br>CONNIE BOBO,                            )<br>                                                           )<br>        Defendant.                       )  | |

## GOVERNMENT'S RESTITUTION DISCLOSURE

COMES NOW the United States of America, by and through Thomas C. Albus, United States Attorney, and Derek J. Wiseman, Assistant United States Attorney, for the Eastern District of Missouri, and hereby discloses that the party entitled to restitution in this matter is the Missouri Department of Health and Senior Services.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Derek J. Wiseman*
DEREK J. WISEMAN, #67257MO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the defendant.

                                       /s/  Derek J. Wiseman
                                       DEREK J. WISEMAN, #67257MO
                                       Assistant United States Attorney