UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-00578-AGF ) |
| CONNIE BOBO, | ) ) |
| Defendant. | ) ) ) |

## **ORDER**

This matter came before the Court on this date for a Final Pretrial Conference. Defendant was present and represented by her attorney, Katryna Spearman. The Government was represented by Assistant United States Attorneys Derek Wiseman and Jonathan Clow. At the hearing, the Court discussed with the parties that the trial will commence on **Tuesday, October 21, 2025**. The parties are directed to appear by **8:30 a.m.** that morning. As stated more fully on the record at the Pretrial Conference,

**IT IS HEREBY ORDERED** that the parties shall submit to the Court no later than **Friday, October 17, 2025**, the following documents:

1. a summary of the case,
2. a list of names or entities that may feature prominently in the trial,
3. any objections to the proposed voir dire questions,
4. any objections to the proposed witness and exhibits lists.

**IT IS FURTHER ORDERED** that the Government's Omnibus Motion in Limine (Doc. No. 106) is ruled as follows:

1. The Government's Motion *in Limine* to Admit as Intrinsic, Relevant Evidence the Defendant's Failure to Report Fraud Proceeds as Income on her Federal Income Tax Returns is **GRANTED** by agreement of the parties.

2. The Government's Motion *in Limine* to Preclude as Irrelevant and Prejudicial Evidence or Argument Regarding the USDA's COVID-19 Food Program Waivers is **GRANTED** by agreement of the parties.

3. The Government's Motion *in Limine* to Preclude Defendant Bobo from Providing Unrebutted False Testimony or Argument That She Did Not Produce the Forged Invoices Charged in Counts Seven and Eight is **GRANTED** by agreement of the parties.

4. The Government's Motion *in Limine* to Preclude Defendant Bobo from Blaming Missouri DHSS is **GRANTED**, as more fully discussed on the record.

5. The Government's Motion *in Limine* to Preclude an Advice of Counsel Defense is **GRANTED** by agreement of the parties.

6. The Government's Motion *in Limine* to Preclude Improper Character Evidence, Including Specific Instances of Uncharged, Purportedly Lawful Conduct or Good Acts is **GRANTED**.

7. The Government's Motion *in Limine* to Preclude Defendant's Introduction of Self-Serving Hearsay **GRANTED**, subject to reconsideration based upon the testimony that is offered.

8. The Government's Motion *in Limine* Under Fed. R. Evid. 1006 to Admit Summary Exhibits is **GRANTED** by agreement of the parties.

9. The Government's Motion *in Limine* to Permit Use of Demonstrative Exhibits with Summary Witness Under Federal Rule of Evidence 107(a) is **GRANTED** by agreement of the parties.

10. The Government's Motion *in Limine* to Admit Business and Public Records is **GRANTED** by agreement of the parties.

11. The Government's Motion *in Limine* to Preclude Defendant Bobo from Claiming Ignorance of Law or Mistake of Law is **GRANTED**, as more fully stated on the record.

12. The Government's Motion *in Limine* to Preclude Defendant Bobo from Commenting on Potential Penalties or Sentence is **GRANTED** by agreement of the parties.

13. The Government's Motion *in Limine* to Preclude Evidence or Argument Relating to Vindictive or Selective Prosecution **GRANTED** by agreement of the parties.

14. The Government's Motion *in Limine* to Preclude Impermissible Argument as to Missing Witnesses is **GRANTED**, subject to the Defendant identifying that it is, in fact, proper to make such comment based upon what develops as the trial progresses.

15. The Government's Motion *in Limine* Pursuant to Fed. R. Crim. 16(b) to Exclude All Evidence Not Produced in Reciprocal Discovery is **GRANTED** by agreement of the parties.

16. The Government's Motion *in Limine* to Permit the Introduction of Defendant Bobo's Email Records is **GRANTED** by agreement of the parties.

Dated this 9th day of October, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE