UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cr-00578-AGF ) ) |
| CONNIE BOBO, | ) ) |
| Defendant. | ) ) ) |

**UNITED STATES' MOTION TO DISMISS**
**COUNTS 4-5 FROM INDICTMENT**

Comes now the United States of America, by Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman and Jonathan A. Clow, Assistant United States Attorneys for said District, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss without prejudice Counts 4 and 5 from the Indictment.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


*/s/ Derek J. Wiseman*
DEREK J. WISEMAN, #67257MO
Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

Copy of the foregoing was served in person upon all counsel of record this 21st day of October, 2025.

                                        */s/ Derek J. Wiseman*
                                        DEREK J. WISEMAN, #67257MO