UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 4:23-CR-578-AGF |
| v. | ) |
| CONNIE BOBO, | ) |
| Defendants. | ) |

## JOINT FORFEITURE NOTICE

The United States of America, through Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Derek J. Wiseman, Assistant United States Attorney for said District, files this Joint Forfeiture Notice pursuant to the Court's forfeiture order. *See* Doc. 138. The parties provide the following:

1. The parties agree and propose to handle the forfeiture proceedings in this case in the following manner:

   a. The defendant will provide notice to the Court by November 15, 2025, if she is contesting the forfeiture of the properties listed in the Indictment, and

   b. If the defendant elects to contest the forfeiture of those properties, both parties will proceed on the papers based on the trial evidence and provide the Court with written memoranda on the issue by December 8, 2025.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney


*/s/ Derek J. Wiseman*
DEREK J. WISEMAN, #67257MO
Assistant United States Attorneys
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
Telephone:  (314) 539-2200
Facsimile:  (314) 539-2309

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Derek J. Wiseman*
                                            DEREK J. WISEMAN, #67257MO
                                            Assistant United States Attorney