# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:23-CR-00578-AGF-1 |
| | ) | |
| CONNIE BOBO | ) | |

## NOTICE REGARDING FORFEITURE PROCEEDINGS

Ms. CONNIE BOBO, following an unmonitored legal call with her attorney on December 30, 2025, respectfully responds to this Court's Order (ECF No. 154) and provides the following notice of her intent regarding the pending forfeiture proceedings. Ms. Bobo notifies this Court that (1) she wants to *contest* the forfeiture; (2) she wants to proceed solely with the evidence presented at trial and has no further evidence for this Court's consideration, and (3) she *does not* request an evidentiary hearing; and (4) she *does not* intend to file any responsive memoranda to the Government's Response (ECF No. 148). Ms. Bobo has reviewed the Government's Response and is aware that it contains mostly precedent on the legality of forfeiture generally; accordingly, Ms. Bobo is confident that this Court has seen and heard all of the necessary evidence at trial to make a decision on the issue of forfeiture.

Date:        January 2, 2026

Respectfully submitted,

***s/ Katryna Lyn Spearman***
Katryna Lyn Spearman, Esq.
616038 (GA)
kspearman@lowtherwalker.com

***s/ Serguel Mawuko Akiti***
Serguel Mawuko Akiti, Esq.
1631134 (D.C.)
sakiti@lowtherwalker.com

***s/ Murdoch Walker II***
Murdoch Walker II, Esq.
163417 (GA)
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052
F 866.819.7859
www.lowtherwalker.com

Attorneys for Defendant
Connie Bobo

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:23-CR-00578-AGF-1 |
| | ) | |
| CONNIE BOBO | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2026, I electronically filed the foregoing NOTICE REGARDING FORFEITURE PROCEEDINGS with the Clerk of the United States District Court for the Eastern District of Missouri by way of the CM/ECF system, which automatically will generate a notice of electronic filing and serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:        January 2, 2026

Respectfully submitted,

***s/ Katryna Lyn Spearman***
Katryna Lyn Spearman, Esq.
616038 (GA)
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052
F 866.819.7859
www.lowtherwalker.com