2/11/2026

Dear Judge Audrey G. Fleissig,

I am Connie's youngest sister, Melissa. If I were asked to give a word to describe Connie, I would say altruist, a person who is devoted to the welfare of others. Connie is giving, selfless, smart, driven, and passionate about everything she does and everyone she helps. She strives to move in a spirit of excellence and keeping God at the forefront of her life. She is not perfect but to me she is perfectly imperfect. I would need more time and a lot of pages to tell how amazing she is and all that she has done for others. Her achievements have been recognized by various organizations through published articles and awards.

Connie is also my best friend! I try to always show up for her, because I see how she gives so much of herself, pouring into others. I am blessed to have a sister that has such a loving, kind, and devoted spirit.

During my first pregnancy at an early age of 18, and I went through a depression and was thinking of putting my child up for adoption. I told Connie how I was feeling and what I wanted to do and she stopped me. She said "Missy, you don't have to do that. I will take care of him for you, and when you are ready, you can come and get him. He needs to stay with his family."  Connie did not have any children and was not planning on having children yet. She was still in her very early 20's. At the time I did not realize what it would have meant for her and all she would be sacrificing to raise my child.  In the end, I did not give my child up for adoption, but Connie was always there if I needed her. She continued to ensure my child was enrolled in center's that was of high quality and would provide education information when I needed it. Now as I am writing this letter sharing this information that loving interaction with my sister is a foreshadowing of the life she continued to live.

She eventually started employment in Children's Homes and later received her certification to house children in the foster system.  She was temporary housing for a couple of children, and she was a foster mom to a child recently in the past couple of years. She helped advocate for the child and his paternal grandmother to help him get permanent placement with his family.

Connie is the person everyone goes to for help with everything! If you need something or even want something she has, she will give it to you. Even if it means she will no longer have it. She will practically give her last to help someone else in need. She would always say, if they need it more than she did, then she would give it because she had faith that the Lord would give it back tenfold to her, to continue to be of service.

She went without having her own residence before not because she could not provide for herself, but so she could save and finance the programs she ran, to continue to feed the children she serviced.

She loves to cook and feed you high quality nutritious meals! She incorporated this into her meal service for children. She believes that children should eat great tasting nutritious meals. She had the understanding when servicing under privileged youth that the meal she served may be the last meal or the only meal they may have received that day. She never believed in just serving over processed foods or frozen dinners just to say she feed them.

We did not come from a background of money or privilege. Connie has worked since an early age to get to the place she is and has worked for every dollar she had.

She has been trying for years to get a stable building to open a childcare and community center to service her community. She has encountered discriminatory practices of others that prevented her from opening or remaining open. A non-profit that is for servicing under privileged children is not an organization certain communities wanted around. However, she never let that stop her. She would lease spaces if she had to in order to continue to provide for those children, rather it was a meal, tutoring, childcare services, or parents needing help with job applications, etc.

She purchased New Heights Community Resource Center building with intention to finally see her dream in full fruition. Finally, a stable foundation in a building to continue to help families with financial struggles, parenting, living necessities, meals, education, and job skills. It will continue to remain her purpose and lifelong dream, to ensure children have the same educational opportunities, life experiences, and access to meals that other well-off children have.

Over this past year and a half, I have watched her endure one of the most vulnerable, uncomfortable, and trying times she has ever had to face before. Her character, integrity, and intentions are being questioned. She remains strong and refuse to let who she is be defined by her circumstance. Some people see that because she still laughs and smiles its arrogance, but it's not. She is confident in her truth and who God says she is. She humbles herself daily, accepting of the things she cannot change.

She has never been too prideful to admit when she is wrong about something. She takes accountability for her mistakes and understands what it means to have humility before God and man. She has taken this experience and not let it tear her down and instead uses it to build up others that are in detainment with her. She continues to educate, counsel, pray for and give while detained. She is still spreading love through cooking and being of service to others.

Her story is of struggle and triumph, and I know there are still more chapters to be written, but upon publication, it is going to be a beautiful story- one that is going to help and bless so many. I truly pray this letter helps to give a better insight into who she is as a person and not what she is being portrayed to be.

Thank you for taking the time to read this letter Judge, I hope you have a blessed day!

Melissa Bobo

January 26, 2026

Honorable judge A. Flassig


I, Robin Bobo, am writing to you on behalf of my daughter Connie Bobo to give a proper picture in the introduction as to the character aspect of her person, that the prosecutor has unjustly painted. I'd first like to thank you for the opportunity and privilege to address you and be considered in the count of your decision.

I am her mother and I've known her all her life. I believe in honesty, fairness, accountability, and respect for the law, above all God's Law. I raised and taught Connie to be a person of integrity, with values and morals that give respect to what is right in life and the sight of God.I am now and always so very proud of the person she has grown to be. She has always been an awesome and kind person.

Connie is a very unique person, and at the risk of appearing partial as her mother, she is one of the best people I've had the pleasure of knowing. Connie has qualities of characteristics that are not seen in many. She also has some of my qualities that has been taught to her in up bringing to fight when presented wrongly and never giving in to a lie. To stand on her truth and take comfort in knowing who she is while taking pride in having integrity. While not being perfect she has a standard of values and morals of biblical spiritual beliefs that guide her decision making in respect for herself and others. Connie is one who will admit when she is wrong and make a mistake and try to make amends. Connie has always been a giver and a helper to whoever reaches out to her even people that have wronged her she will still help if they asked.

The testimony of her living situation was not because she was incapable of acquiring for herself, but instead, because she chose to invest all she had into her dream of providing a much needed quality daycare and community resource facility for the community she supported. She wanted to help provide quality service for the people in need that were struggling and didn't know there was help available. Her vision was always in giving, not intentionally taking anything wrongly. She gave her all to help build and provide for her community she loves.

Instead of purchasing a place for herself she chose to invest her all into services that would further benefit and meet the needs of the people not just in the community but as far as she was able to reach.

Connie is trustworthy and a person of integrity. She has always been a pillar of strength and hope to her community through the support and service she provides. She gives hours of her life to research and study, finding ways to support and give resources to those in need in multiple areas of struggles. She has helped non-profit organizations increase their sustainability and help them secure long-term funding. She has helped churches increase their capacity in order to stand and provide biblical spiritual guidance to broken people, secure funding and drive impact in their community. She has been featured in 17 publications for being a helper, supporter and giver to her community.

Connie has blessed so many people and would never try to intentionally deceive or hurt anyone. There have been so many times she has been used by people for their own gain, but she never stoops to their level. She continues to do, give and be the caring person she has always been, never letting others' negative action change the

character of who she is called to be.

Connie has lost her freedom in detainment but that spirit of love and support for people has not been broken. She is still trying to find ways to help those around her by looking for ways to start a women ministry for the ones incarcerated and hurting. She has dreams and ideals of how to reach out to them with resources that would give them better choices in life to cope with struggles and abuse. She holds bible study groups with those searching for hope and inspiration.

Connie is always looking for ways to help and be of service to people in need. The Lord requires that of us to be a blessing to each other and she has dedicated her life to His calling on her life to be a supporter, giver, advocate,

I thank God for blessing her with the strength to still stand even though she is suffering from being crushed in such a place. She is constantly looking for ways to help and better the people she meets and the community in which we live. She is using her time in the dark season to be a light for the hurt and broken spirits that are there with her in a dark place as well.

Connie has been such a blessing to her family, friends and community always will to help. Please, your honor I ask for mercy for my child to be able to come home so our family can continue to stand stable and be a continued blessing to not just our circle but those around us in need as well.

I thank you in advance for your time, mercy, and justly kind heart.

sincerely

Robin Bobo

February 10, 2026

Dear Judge Audrey G. Feissig,

I am writing this letter on behalf of my maternal cousin, Connie S. Bobo. We grew up together in a close family.

Connie has always had a pleasant, nurturing, and caring disposition. Our family is very important to her. She has always been willing to use her time, talent, and resources to assist members of our family. For example, she has graciously opened her home to several family members and friends who had become unhoused for various reasons. Even I was a recipient of her generosity.  In 2009 Connie permitted me and my teenage daughter to reside with her until I became financially stable to obtain my own apartment.  In addition, she was primarily responsible for transporting her mother who is unable to drive to medical appointments, grocery store, and other essential destinations. More importantly, Connie was the primary host of family gatherings such as Christmas, Mother's Day and annual vision board parties. Lastly, I would like to mention she was a kinship placement of a school age male a couple of years ago and foster placement for a male teenager several years ago. Connie is an essential member of our immediate and extended family.

Connie graduated from Review High School.  She desired to establish a career in education and in social services. She pursued a degree in higher education. She faced many adversities. Connie had to interrupt her studies several times to maintain gainful employment to support herself and her family. Nevertheless, Connie persevered and obtained her bachelor's degree. Equally important, she is planning to return to graduate school to become a BCBA (Board Certified Behavior Analyst). Also, she shared her dream of becoming a published author by writing children's books about autism.

Even though I am Connie's relative I know she is a good person. She is an essential member of our family. I am know being an essential family member and her career aspirations are not compelling arguments for her good character. However, I would like to respectfully request leniency in this matter regarding Connie. Since she has been taken into custody, she has become more humble, cultivated her faith, become an avid reader and nurtured family bonds. We love her. Again, I know love is not a compelling reason for the court. Just know we will support her as she has supported many of us over the years.

Sincerely,

Sheila Bratton

February 10, 2026

Judge Audrey G. Fleissig,

My name is Jennifer Brown, and I am writing this character reference on behalf of Connie Bobo.  I have had the privilege of knowing her personally for 4.5 years, and I can attest to her outstanding character and qualities.

I first met Connie when she took over ownership of the daycare.  Throughout my relationship with Connie, I have seen a responsible, thoughtful and caring woman of the community.  She went above and beyond with the rebranding of the daycare and created a loving, stable and educational environment.  Connie supported daycare children, their families and the staff through education, summer camps, family outings and holiday activities. She is one to check up on friends, acquaintances and parents alike when she hadn't spoken to them or seen them recently. Connie was always available to lend an ear to listen to a subject or specific matter and offer guidance, support, reconciliation and even prayer on how to proceed.  She is a hard worker, devoted family person and has a strong moral character.

In summary, Connie Bobo is a person of remarkable character, compassion, and responsibility. She has qualities that make her an exceptional individual, both personally and professionally. I am honored to have a friend with such qualities, someone who will always root you on when you need it and be there to support you whether in person or from afar.

Thank you for considering my character reference for Connie Bobo.


*Jennifer L Brown*

Jennifer Brown

January 23, 2026

Dear Judge Audrey Fleissig,

My name is Keena Cross. I am Connie Bobo's older sister. I am writing this letter to attest to her character and contributions to the St. Louis community. She and I have a close relationship and I had the privilege of working with her in various settings. Connie has positively contributed to the St. Louis County community since graduating high school. She began working as a preschool teacher and later aspired to become a childcare director. Connie's love for working with children and families inspired her to take childcare courses at the Community College. She has a passion for providing quality childcare services to children and dedicated herself to acquiring the knowledge and skills for owning her own daycare center. She then moved forward with her plans of being a director and later obtained a Bachelor's degree in communications at Lindenwood University.

Waiting to find the right space to open a child care center of her own, Connie sought opportunities to service children in other centers by catering meals for afterschool programs through the New Heights Community Center, of which she owns and operates. Connie advocates for nutritious and wholesome meals for children in childcare programs and helped to combat food insecurity during the pandemic. She partnered with multiple businesses and churches to ensure families received fresh fruits and vegetables, milk, healthy snacks, meat, fruit juice and more for complete meals. Connie also provided care packages such as diapers, feminine products, and COVID-19 safety kits to families in need.

Not only has Connie assisted children within the community, she has also opened her home to family and friends who needed a place to stay. She is a registered foster parent and has helped two foster children by welcoming them into her home. She willingly embraces the values of sharing and giving to others who are in need. I often admire Connie as a person due to her generosity and encouraging spirit. She uplifts others and highlights the good and potential that she sees in them. She is constantly on the go doing for others and never asks for anything in return. She dedicates her life and service to God and she serves her community with a pure heart.

Since her arrest Connie has held Bible study lessons with some of the inmates, held social gatherings, prepared and shared meals with them, and provided words of encouragement. She shared with me that she believes God is preparing her for women's ministry. She admitted to making some wrong decisions and is looking forward to the purpose that He has called her to. She has always had a close relationship with God, but I can see how she is allowing Him to use this difficult time to develop her character for becoming more like Him. She has always been a giver and I love that even now she is still giving the best of herself to others.

It is my hope that you would take into consideration the good that Connie has done within the community and her good character as a person who is giving, caring, dedicated to service, and her willingness to make life better for others, as you decide how she should live out the rest of her life, given by God.

Sincerely,

Keena Cross BSW

Dear Judge Audrey G. Fleissig,

I hope this letter finds you well.  My name is Gloria Davis and I am writing to you on behalf of Connie Bobo.  Connie is my first cousin.  We grew up together being close like sisters more so than cousins.  She has always had an adoration for children.  Whether it be in an educational aspect or a personal one.  She has always been a vessel for the advocacy of children's wellbeing, happiness, and health.  For as far back that I can remember, she has always had a passion for bringing the basics to the children that may not have access to them.  She has always found a fulfillment in bridging the gap between those that are less fortunate and the simple things that so many take for granted.  While she doesn't have biological children of her own, she has many that identify her as a "mother" figure in their lives.

Connie has a generous spirit that is beyond measure.  She is not a selfish or greedy person.  She thrives off of being able to give to those who are unable to get for themselves.  And that includes all people, but children are her soft spot.  She has always pursued a path that involves bringing the necessities to children and their families.  From summer camps, back-to-school activities, hot meal programs, to food drives.  She has always been a resource in the community that was able to deliver a positive and heartfelt experience to children.

Throughout this ordeal, Connie has shown such strength and courage.  She has taken this opportunity to help encourage and mentor the women that she is currently residing with.  She continues to show that nurturing and giving side that lives within her spirit.  I ask that you please consider these things and give her grace and leniency when determining her sentence.

Thank you for your time and consideration in this matter.

Sincerely,

Gloria Davis

Dear Judge Audrey G. Fleissig, Your Honor,                    February 16, 2026

I have known Ms. Connie Bobo for sixteen months and have become quite close and fond of her during this time.

The structure that builds her character is admirable to say the least. She strives to improve the lives of others whether its family, friends or communities abroad. Her focus to design a better tomorrow in any situation is beyond inspiring. Her goals and dreams are the brush strokes of her canvas.

I have seen her in some of the worst moments of her life. Her courage and strength break any barriers set in her path. She is the definition of integrity. Telling the truth, keeping promises and taking responsibility for her mistakes. Its a matter of what you aim to be and doing what you say you'll do. That's Connie Bobo.

She gave when she had nothing, she fought when she could barely stand and graciously she clung to tomorrow when she couldn't find footing on the rock ledge of yesterday.

No doubt her legacy, her brush strokes, will become greater than any fault she is judged with. I pray the court seek leniency to a woman with a greater cause than these charges that definitely does not define her.

Sincerely,
Christine Tofoy

Friday, January 16, 2026

**Character Reference Letter for Connie Bobo**

Dear: Judge Audrey G. Fleissig,

I am writing this letter to express my sincere support for Ms. Connie Bobo and to speak about her outstanding character. I have known Connie since 2004 working with my church childcare center and church vacation bible school with the food program. I confidently say that she is a good, honest, and highly intelligent individual who consistently demonstrates integrity, compassion, and strong moral values.

For decades, Connie has dedicated herself to helping the community, often using her own personal finances and resources to support others without expecting recognition or reward. Her generosity and commitment to uplifting those around her have made a lasting impact on countless individuals and families. She believes deeply in giving back and has proven time and again that service to others is not just something she talks about, but something she lives by.

On a personal level, Connie has helped me and my family and business endeavors in many ways, offering guidance, support, and encouragement during times when it was greatly needed. In 2023 Connie allowed my non-profit to work with New Heights Community Resource Center to renovate to be able to operate out of 12567 Natural Bridge Rd., Bridgeton, MO 63044. She has a rare ability to see potential in people and believes in giving individuals second chances, even when others may not. Her faith in people and willingness to help them grow has positively changed lives throughout the community.

Connie Bobo is a person of strong character, sound judgment, and genuine kindness. She is respected, trusted, and admired by those who know her. I give her my highest recommendation and fully stand behind her as a person of integrity and compassion.

If any additional information is needed, I would be happy to provide it.

Sincerely,

Joseph Hall Jr.

Joseph Hall Jr.

Judge Audrey G. Fleissig,

I met Connie over 3 years ago. She came into my life when I was unsure about what was next for me. She blessed me with a position at Infinite Wisdom as a teacher as a result of me telling her I was looking for something that I could work with children in some way. I have a background with kids including daycare and children's church. I wasn't sure if this was what I really wanted to do. She told me to come and see if it was a fit for me. I'm still here! Connie has the best attitude, always smiling which helped me just by watching her. She also gave me great pointers on planning my lessons and connecting with the kids. I'm forever grateful that she heard what my heart needed. Clearly she loves helping people.  She even volunteered at my church event for a youth event.  She to the lead on  cooking and prep bags. She made sure everyone in her area did their jobs which freed me up to do other things.  Again I only told her in conversation about the event and she volunteered to help in whatever way needed. She received so many compliments from the other volunteers about her great personality and smile. They were really impressed that a person that didn't even belong to the church helped the way she did.  I hope this letter helps you to know the great person she is and her impact on lives.

Sincerely,

Kimberly Jones

To the Honorable Judge Audrey G. Fleissig,

I am writing this letter on behalf of the defendant, **Connie**. I have known Connie for five years. I began working closely with her in 2022 when she purchased the childcare center where I was employed. Since that time, I have had the opportunity to observe her character and actions firsthand.

In my experience, Connie is a sweet, honest, and loving individual. She consistently shows kindness and compassion toward others and has a genuinely caring heart.

I have personally witnessed Connie provide free diapers to several parents in need. I have seen her purchase clothing for children who did not have adequate clothes and provide food to families who were struggling. She has helped many single mothers by providing them with furniture and other household necessities to help them get on their feet.

Connie has connected countless families with community resources, and many have benefited from the support and information she shared. She encourages education and has motivated many individuals to return to college or further their schooling. She is very active in the community and is a strong promoter of literacy and self-improvement.

Additionally, Connie has encouraged others to pursue entrepreneurship and start their own businesses, offering guidance and support where she could. Her efforts have positively impacted many families and individuals.

I respectfully ask the Court to consider the positive contributions Connie has made to her community and the many lives she has touched through her generosity and encouragement.

Thank you for your time and consideration.

Respectfully,
Colleen Kaelin