IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THE UNITED STATES OF AMERICA )
)
          Plaintiff. )  Case No.:  4:23-CR-00578-AGF
)
v. )
)
CONNIE BOBO )
)
          Defendant. )

## PETITION FOR ANCILLARY PROCEEDING AND ADJUDICATION OF INTEREST IN FORFEITED PROPERTY PURSUANT TO 21 U.S.C. § 853(n)(1)

Comes now Petitioner Governors of Spring Mill Estates ("Petitioner"), by and through counsel, and petitions the court for an ancillary proceeding pursuant to 21 U.S.C.A. § 853(n)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure, to determine Petitioner's interest in certain forfeited property:

1.     This court has before it presently the question of forfeiture to the United States Government residential property located at 1876 Spring Mill Creek, St. Charles, MO 63303, more particularly described as:

LOT 39 OF SPRING MILL PLAT TWO, A SUBDIVISION IN ST. CHARLES COUNTY, MISSOURI, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 42 PAGE 227-230 OF THE ST. CHARLES COUNTY RECORDS.

(the "Property").

2.     Petitioner states and alleges to the court that the above-described Property should not be forfeited to the United States Government in whole because Petitioner's right, title or interest in the Property was superior to any right, title or interest of the Defendant Connie Bobo

I

and New Heights Community Resource Center at the time of the commission of the acts which gave rise to the forfeiture of the Property, for the reasons set forth hereinafter:

a.    The Property is located within Spring Mill Estates, a subdivision located in City of St. Charles County, Missouri, and is subject to the Indenture of Trust and Restrictions for Spring Mill Estates as recorded in Book: DE4134 Page: 1289 of the official records of the Recorder of Deeds Office of St. Charles County, Missouri, as amended ("Indenture"). Indenture is attached hereto as Exhibit 1.

fo.    Petitioner is the board of governors of Spring Mill Estates, elected pursuant to Article IV of the Indenture.

c.    Petitioner is lawfully authorized under the Indenture to levy assessments against the Property, and Defendant Connie Bobo, acting through New Heights Community Resource Center, by acceptance of the deed to the Property, covenanted and agreed to pay annual and special assessments as established by Petitioner.

d.    All assessments, together with interest, reasonable attorney fees and costs of collection, constitute a lien upon the Property until fully paid.

e.    The recorded Indenture constitutes record notice of such lien and of Petitioner's interest in the Property.

f.    Defendant Connie Bobo and New Heights Community Resource Center failed to pay annual and special assessments levied against the Property.

g.    Petitioner recorded a notice of continuous assessment lien against the Property on August 26, 2025 as Document No. 2025R-037229 of the official records of the Recorder of Deeds Office of St. Charles County, Missouri (the "Lien"). Lien attached as Exhibit 2.

h.    As of the date of filing this Petition, the Lien amount is $6,528.57; additional amounts continue to accrue until fully paid. Account Ledger attached as Exhibit 3.

3.    Petitioner states and alleges to the court that its interest in the Property preceded any interest of the Defendant Connie Bobo or New Heights Community Resource Center in such Property and that such interest vested in Petitioner prior to this court's entry of its Order forfeiting the Property.

4.    Petitioner's Lien interest in the Property is superior to that of Defendant Connie Bobo and New Heights Community Resource Center and is not subject to the Government's title or interest in the Property obtained through this forfeiture action.

WHEREFORE, Petitioner prays that this court amend its Order of Forfeiture entered in connection with the subject Property and enter its Order forfeiting the Property to the Government subject to Petitioner's interest in the Property, which interest shall include any assessments, special assessments, interest, reasonable attorney's fees and costs of collection incurred and are due and owing through the date of the Government's disposition or conveyance of the Property to any subsequent purchaser or transferee; and for such other and further relief as the Court deems just and proper.

### Verification

I, _____Ray Beste_____, declare under penalty or perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.


_____*Ray Beste*_____
Name: Ray Beste
Title: President, Board of Governors of Spring Mill Estates

Executed:  April _24__, 2026


**Respectfully Submitted,**

ELIA M. ELLIS, LLC

*/s/ Meghan N. Prideaux*____
Meghan N. Prideaux, Bar #63174
7777 Bonhomme Ave., Ste. 1910
Clayton, Missouri 63105
314.725.5151 (telephone)
meghan@ellislawstl.com
*Attorney for Petitioner*

3