# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1595

United States of America

Appellee

v.

Connie Bobo

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cr-00578-AGF-1)

---

**ORDER**

The motion to withdraw as retained counsel is granted. Attorneys Serguel Mawuko Akiti, Katryna Lyn Spearman, and Murdoch Walker, II are granted leave to withdraw from this appeal. Appellant's pro se motion for appointment of counsel is granted. It is further ordered that attorney Kathryn Parish is appointed to represent appellant under the provisions of the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

Appellant's opening brief is due July 20, 2026.

June 18, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler

**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 18, 2026

Kathryn Parish
CARLYLE & PARISH
Suite 128
3407 Jefferson
Saint Louis, MO  63118

    RE:  26-1595  United States v. Connie Bobo

Dear Counsel:

    Enclosed is an order directing your appointment under the provisions of the Criminal Justice Act. You will receive notification of the CJA appointment through the eVoucher electronic system. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    Instructions for preparing vouchers for payment may be found on the court's website at www.ca8.uscourts.gov/cja-information and from links in the eVoucher program. Submission of paper vouchers is not allowed. Vouchers should be submitted after the court issues its mandate at the close of the case.

    Appointments are personal and cannot be delegated without the court's approval. If you have any questions about your appointment or the CJA voucher process, please contact this office.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

ecf.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
ecf.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
ecf.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and take steps to order the transcripts and arrange for payment for their production.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

HAG

Enclosure(s)

cc:    Connie Bobo
       Jonathan A. Clow
       Derek James Wiseman

District Court/Agency Case Number(s):  4:23-cr-00578-AGF-1