**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE BOBO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:23-cr-00578-AGF |

**MEMORANDUM & ORDER**

Upon careful review of the amended petition under 21 U.S.C. § 853(n), through a licensed attorney, naming Omni Center as the petitioner, and for the reasons stated in the Court's prior Memorandum and Order (ECF No. 216),

**IT IS HEREBY ORDERED** that in light of the amended petition filed on behalf of Omni Center (ECF No. 222), Joseph Hall's pro se motion to stay proceedings is **DISMISSED as moot**. ECF No. 185.

**IT IS FURTHER ORDERED** that the new Petitioner Omni Center shall confer with counsel for the Government in the upcoming scheduling conference, which will be continued by separate Order.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2026.